UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 13-cr-20574
        Honorable Thomas L. Ludington

DARRYL DESHAWN ATKINS,

        Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO THE INFORMATION, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

On August 7, 2013, United States Magistrate Judge Charles E. Binder conducted a plea hearing pursuant to Defendant's consent. The magistrate judge issued his report the same day, recommending that this Court accept Defendant's plea of guilty as to the information. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation (ECF No. 20) is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty as to the information is **ACCEPTED**, and the Rule 11 Plea Agreement (ECF No. 19) is taken **UNDER ADVISEMENT**.

Dated: August 27, 2013                                              s/Thomas L. Ludington
                                                                                THOMAS L. LUDINGTON
                                                                                United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 27, 2013.

                                          s/Tracy A. Jacobs
                                          TRACY A. JACOBS